STATE OF NORTH CAROLINA           BEFORE THE COUNCIL
OF THE
NORTH CAROLINA STATE BAR
WAKE COUNTY           23 BCS 8

| IN THE MATTER OF THE TENDER OF SURRENDER OF LICENSE OF | ORDER OF DISBARMENT |
|---|---|
| Julia Olson-Boseman | 1:24-ad-2 |

THIS MATTER was heard by the Council of the North Carolina State Bar pursuant to 27 N.C. Admin. Code, Chapter 1, Subchapter B, Section .0121(a) of the State Bar Discipline & Disability Rules upon tender of an affidavit of surrender of license executed by Julia Olson-Boseman on November 20, 2023 and filed in the offices of the North Carolina State Bar on November 22, 2023.

Based upon the affidavit, the Council finds that Olson-Boseman misappropriated entrusted funds, grossly abdicated her trust account management obligations, made misrepresentations to the State Bar during a grievance investigation, made a misrepresentation to the court, engaged in contempt of court, engaged in a conflict of interest, collected clearly excessive fees, and neglected a client, in violation of the North Carolina Rules of Professional Conduct.

WHEREFORE, upon motion made and duly seconded, the Council enters the following Order:

1. The tender of surrender of license of Julia Olson-Boseman is hereby accepted.

2. Julia Olson-Boseman is hereby DISBARRED from the practice of law in North Carolina.

3. Olson-Boseman shall comply with the provisions of 27 N.C. Admin. Code 1B .0128 of the State Bar Discipline & Disability Rules. Olson-Boseman shall surrender her license and permanent membership card to the Secretary of the North Carolina State Bar along with the affidavit required by § .0128 of the State Bar Discipline & Disability Rules within ten (10) days after the expiration of the wind-down period provided under § .0128(d).

4. The administrative fees and costs of this action are taxed against Olson-Boseman.

5. Within 10 days of the date of this Order, Olson-Boseman shall provide the State Bar with an address and telephone number at which clients seeking return of files can communicate with Olson-Boseman and obtain such files, and Olson-Boseman shall promptly return all files to her clients upon request.

*Order of Disbarment*           Page **1** of 2
Julia Olson-Boseman 23 BCS 8

Case 1:24-ad-00002    Document 1    Filed 02/07/24    Page 1 of 4

6. If Olson-Boseman fails to fully comply with 27 N.C. Admin. Code § 1B.0128, Olson-Boseman shall reimburse the State Bar for all expenses incurred by the State Bar in winding down Olson-Boseman's practice. Such expenses may include, but are not limited to, storage facility fees, rent payments, moving expenses, charges for secure disposal of client files, postage or other mailing expenses, and compensation paid to a court-appointed trustee and/or the trustee's assistant for time and travel associated with the trusteeship. The State Bar shall send an invoice of wind-down expenses to Olson-Boseman at Olson-Boseman's last known address of record with the North Carolina State Bar. Olson-Boseman shall not be eligible for reinstatement until she has reimbursed the State Bar for all wind-down expenses incurred.

Done and ordered this 19th day of January, 2024.

A. Todd Brown, President
North Carolina State Bar

*Order of Disbarment*
Julia Olson-Boseman 23 BCS 8

Page **2** of **2**

Case 1:24-ad-00002   Document 1   Filed 02/07/24   Page 2 of 4

STATE OF NORTH CAROLINA  BEFORE THE COUNCIL
OF THE
NORTH CAROLINA STATE BAR
WAKE COUNTY                                                   23 BCS &

AFFIDAVIT TENDERING THE SURRENDER OF THE LICENSE OF
JULIA OLSON-BOSEMAN

I, Julia Olson-Boseman, being first duly sworn, say:

1. My North Carolina State Bar identification number is 19538.

2. I desire to resign and hereby tender my license to practice law in North Carolina pursuant to the provisions of Section .0121 of the North Carolina State Bar Discipline and Disability Rules, 27 N.C. Admin. Code, Chapter 1, Subchapter B, Section .0121.

3. My resignation is freely and voluntarily rendered. It is not the result of coercion or duress. I am fully aware of the implication of submitting my resignation.

4. I am aware that there is presently pending an investigation including allegations that I misappropriated entrusted funds, grossly abdicated my trust account management obligations, made misrepresentations to the State Bar during a grievance investigation, made a misrepresentation to the court, engaged in contempt of court, engaged in a conflict of interest, collected clearly excessive fees, and neglected a client, in violation of the North Carolina Rules of Professional Conduct.

5. I acknowledge that the material facts upon which the grievance is predicated are true.

6. My resignation is being submitted because I know that if charges were predicated upon the misconduct under investigation, I could not successfully defend against them.

7. I understand that the hearing by the Council of the North Carolina State Bar with regard to the acceptance of the tender of surrender of my license to practice law will occur at the regularly scheduled meeting of the Council of the North Carolina State Bar on Friday, January 19, 2024 at the North Carolina State Bar building in Raleigh, North Carolina.

8. I hereby waive any further notice of the hearing before the Council on my affidavit of surrender. I waive any claim, argument, or assertion that I have not received proper or timely notice of the hearing before the Council on my affidavit of surrender or any other defect in notice. I further waive any and all right or privilege to appear before the Council at that hearing.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Case 1:24-ad-00002   Document 1   Filed 02/07/24   Page 3 of 4

9. I affirm that I have had a full opportunity to seek the advice and counsel of an attorney in filing my Affidavit of Surrender and in waiving any rights set forth herein.

Respectfully submitted, this the 20 day of November, 2023.

*Julia Olson-Boseman*

I, Viraj Parikh, Notary Public of the County of New Hanover, State of North Carolina, certify that Julia Olson-Boseman personally appeared before me this day, was sworn, attested that the foregoing Affidavit is true and accurate of her own personal knowledge, and executed the foregoing Affidavit.

This the 20 day of November, 2023.

Notary Public
(print name) Viraj Parikh

My commission expires: 4/20/24

Viraj Parikh
Notary Public
New Hanover County, NC
My Commission Expires 4/20/2024

*Affidavit of Surrender, Julia Olson-Boseman* — Page 2 of 2